THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHILDS COMPANY, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

WILL HUBBELL, as Trustee in Bankruptcy of ELMER E. TRAVIS, a Bankrupt, Respondent, v. ELMER E. TRAVIS and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

SARAH A. CONDON, Appellant, v. WILLIAM J. LYON and MARY L. LYON, His Wife, Individually and as Administratrix, etc., Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARCHIBALD B. GWATHMEY, JR., and Others, Executors, etc., of JAMES TEMPLE GWATHMEY, Deceased, Appellants, v. STATE TAX COMMISSION and M. FRANK LOUGHMAN and Others, Constituting the STATE TAX COMMISSION, Respondents.— Determination annulled, with fifty dollars costs and disbursements, on the authority of *Matter of Kernochan* v. *Gilchrist* (214 App. Div. 114; affd., on opinion below, 241 N. Y. 589); *Matter of Lee* v. *Gilchrist* (215 App. Div. 576; affd., 244 N. Y. 514). Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

WILLIAM H. KENNY and Another, Respondents, v. PHILIP COHEN and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of Mrs. ENID DELANEY, Respondent, against ROSE GELLMAN, Doing Business under the Name of ECONOMY WINDOW CLEANING COMPANY, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of ALBERT GOLOTA, Respondent, against DOHN, FISCHER & COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent. — Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Claim of NORMAN POTTLE, Respondent, against WILLIAM H. ATKINSON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the court is unable to determine from the record whether the disability is temporary or permanent, and there is no finding thereon. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JOHN WALES, Respondent, against AMERICAN HARD RUBBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by adding the words "less the amount paid, twenty-four dollars and fifty-five cents," and as so modified affirmed, without costs. Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

MARY SMITH, Respondent, v. JOSEPH SEERY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.